# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Lacy Rechial Roberts *fka Lacy Rechial Stracener* | **Case Number:** | 19-20233 |
| **Trustee:** | Keith A. Rodriguez | **Chapter** | 13 |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 3/30/2023

**Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.**

| | | | |
|---|---|---|---|
| **Name of creditor:** | SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee for LB-Tiki Series V Trust | **Last four digits** of any number you use to identify the debtor's account: | 3979 |

### Part 1: Pre-Petition Arrears - Court claim no. 8-1

[x] Creditor agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

[ ] Creditor does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:

| | |
|---|---|
| Amount of pre-petition arrears due at filing: | $ |
| Amount received from the Chapter 13 Trustee: | $ |
| Pre-Petition arrears remaining due: | $ |

### Part 2: Post-Petition Amounts

[ ] Creditor agrees that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

[x] Creditor does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:

| | |
|---|---|
| Post-Petition amounts remaining due: | $5,109.69 |

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| | Description | Dates incurred | Amount |
|---|---|---|---|
| 1. | Installment Payments | Loan matured on 2/7/2023 | $5,109.69 |
| 2. | Late Charges | | |
| 3. | Non-sufficient funds (NSF) fees | | |
| 4. | Attorney fees | | |
| 5. | Filing fees and court costs | | |
| 6. | Advertisement costs | | |
| 7. | Sheriff/auctioneer fees | | |
| 8. | Title costs | | |
| 9. | Recording fees | | |
| 10. | Appraisal/broker's price opinion fees | | |
| 11. | Property inspection fees | | |
| 12. | Tax advances (non-escrow) | | |
| 13. | Insurance advances (non-escrow) | | |
| 14. | Escrow shortage or deficiency (do not include amounts that are part of any installment payment.) | | |
| 15. | Property preservation expenses. | | |
| 16. | Other. | | |
| 17. | **Total expenses, and charges.** Add all of the amounts listed above. | | $5,109.69 |

## Part 3: Sign Here

Print Name: Aaron Wiseman

Title: Attorney

Company: Jackson & McPherson, LLC.

/s/ Aaron Wiseman
Signature

Address and telephone number: 935 Gravier Street
Suite 1400
New Orleans, LA 70112

Date: 3/30/2023

Telephone: 504-581-9444

Email: awiseman@jacksonmcpherson.com

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

IN RE: LACY RECHIAL ROBERTS          CASE NO. 19-20233
        *fka Lacy Rechial Stracener*

DEBTOR          CHAPTER 13

**CERTIFICATE OF SERVICE**

I certify that a copy of the Response to Notice of Final Cure of SN Servicing Corporation, as servicer for U.S. Bank Trust National Association, as Trustee for LB-Tiki Series V Trust has been served on the Debtor at the address listed below by United States Mail, postage prepaid, and to Debtor's counsel, the Chapter 13 Trustee, and the U.S. Trustee electronically, through CM/ECF on March 30, 2023.

Lacy Rechial Roberts
412 Tilley Street
DeRidder, LA 70634

David J. Klann, Counsel for Debtor
david@klannatty.com

Keith A. Rodriguez, Chapter 13 Trustee
ecf@keithrodriguez.com

Office of U. S. Trustee
USTPRegion05.SH.ECF@usdoj.gov

/s/ Aaron Wiseman
Aaron Wiseman (No. 39390)